**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jacob Allen BROOKS, Defendant–**
**Appellant.**

**No. 11–15013**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 12, 2012.

Steven E. Butler, Kenyen Ray Brown, Donna Barrow Dobbins, D. Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Richard Earl Shields, Richard E. Shields, Esquire, Mobile, AL, for Defendant–Appellant.

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Richard E. Shields, appointed counsel for Jacob Allen Brooks in this direct criminal appeal, has moved to withdraw from further representation of the appellant. To that end, Shields filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that this appeal lacks any issue that is arguable on the merits. Counsel's motion to withdraw is therefore **GRANT-** **ED,** and Brooks's conviction and sentence are **AFFIRMED.**